UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| YETTA JOHNSON | § |
| | § |
| v. | § CIVIL CASE NO. 4:20-CV-767-SDJ |
| | § |
| CONIFER HEALTH SOLUTIONS | § |
| | § |

**MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

Came on for consideration the Report and Recommendation of the United States Magistrate Judge ("Report"), this matter having been referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On May 7, 2021, the Report of the Magistrate Judge, (Dkt. #32), was entered containing proposed findings of fact and recommendations that Defendant Hospital RCM Services, LLC's[1] Motion to Dismiss and Compel Arbitration, (Dkt. #15), be granted and Plaintiff Yetta Johnson's claims be submitted to arbitration. Having assessed the Report and considered Plaintiff's Objections, (Dkt. #34), the Court determines that the Magistrate Judge's Report and Recommendation should be adopted.

**OBJECTIONS**

A party who files timely written objections to a magistrate judge's report and recommendation is entitled to a *de novo* review of those findings or recommendations to which the party specifically objects. 28 U.S.C. § 636(b)(1)(C); FED. R. CIV. P. 72(b)(2)–(3).

---

[1] Defendant states it has been incorrectly named in Johnson's Complaint, as Conifer Health Solutions, and that Defendant's correct name is Hospital RCM Services, LLC. (Dkt. #15 at 1 n.2).

- 1 -

Johnson raises a single objection to the Magistrate Judge's Report, asserting that the Report incorrectly states the date she relocated to Texas; Johnson avers that she relocated to Texas in 2018 rather than "in August of 2016." (Dkt. #34 at 1). Johnson does not dispute any of the Magistrate Judge's ultimate findings. She objects only to a factual recitation that does not impact or change the determination that Defendant Hospital RCM Services, LLC's Motion to Dismiss and Compel Arbitration should be granted. Thus, Johnson's Objection is **OVERRULED**.

## Conclusion

Having considered Plaintiff Yetta Johnson's Objection, (Dkt. #34), the Court adopts the Magistrate Judge's Report and Recommendation, (Dkt. #32), as the findings and conclusion of the Court.

It is therefore **ORDERED** that Defendant Hospital RCM Services, LLC's Motion to Dismiss and Compel Arbitration, (Dkt. #15), is **GRANTED**. Plaintiff Yetta Johnson's claims are **DISMISSED WITH PREJUDICE**.

It is further **ORDERED** that Plaintiff Yetta Johnson's claims should be submitted to arbitration pursuant to the terms of the Arbitration Agreement.

**So ORDERED and SIGNED this 2nd day of June, 2021.**

SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE